IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
LISA CAROL WARD,                )
                                )
            Plaintiff,          )
                                )
    v.                          )       1:24-cv-1092
                                )
CABARRUS COUNTY DETENTION       )
CENTER,                         )
                                )
            Defendant.          )
```

### ORDER

On January 2, 2025, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is hereby **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 4th day of February, 2025.

```
                         /s/ William L. Osteen, Jr.
                         United States District Judge
```